JONATHAN O. PEÑA
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RICHARD ROLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01249-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 13-day extension of time, from August 4, 2022 to August 17, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.

　　　　In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern District.  A review of the

records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 1, 2022 and August 8, 2022, Counsel currently has 18 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 22, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan O. Peña*
    JONATHAN O. PENA
    Attorneys for Plaintiff

Dated: July 25, 2022        PHILLIP A. TALBERT
                            United States Attorney
                            PETER K. THOMPSON
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

By:  **/s/ Patrick Snyder*
    Patrick Snyder
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on July 25, 2022)

**ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than August 17, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 26, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE